IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:07CV491-C

PAULINE ROWL and PEARLIE ROWL,  )
                                )
            Plaintiffs,          )
                                )
    v.                           )
                                )        **O R D E R**
SMITH DEBNAM NARRON WYCHE        )
SAINTSING & MYERS, LLP,          )
                                )
            Defendant.           )
_____)

**THIS MATTER** is before the Court upon the pro se Plaintiffs' "Motion for Reconsideration [of Order Extending Time to Answer]" (document 5) filed December 10, 2007.

On November 19, 2007, the pro se Plaintiffs filed their Complaint, which was served on the Defendants on November 23, 2007.

On December 3, 2007, defense counsel attempted to contact the Plaintiffs at the telephone number they provided in the Complaint, and left a voice message requesting Plaintiffs' consent to an extension of the Defendant's time to file an Answer.

On December 5, 2007, and having heard nothing from the Plaintiffs, the Defendant moved for a 30-day extension to Answer the Complaint, accurately reporting to the Court that defense counsel had complied with the Local Rules by calling the Plaintiffs concerning the relief requested, but had not received a response to her call.

On December 6, 2007, the undersigned granted the Defendant's Motion, extending the deadline to Answer until January 12, 2008.

In their Motion for Reconsideration, the Plaintiffs admit that they received defense counsel's

voice message and chose not to respond, but do not state sufficient grounds for denying the Defendant's requested extension. Indeed, the Plaintiffs' opposition to the extension appears to emanate from the Plaintiffs' personal distrust of the Defendant.

For these reasons, and because a single extension of the deadline to file an Answer is routinely allowed, the Plaintiffs' Motion for Reconsideration will be <u>denied</u>.

**IT IS THEREFORE ORDERED:**

1. The Plaintiffs' "Motion for Reconsideration [of Order Extending Time to Answer]" (document 5) is **DENIED**.

2. The Clerk shall send copies of this Order to defense counsel; <u>to the pro se Plaintiffs, Pauline Rowl and Pearlie Rowl, P.O. Box 222022, Charlotte, North Carolina 28222</u>; <u>and to the Honorable Robert J. Conrad, Jr.</u>

**SO ORDERED.**

Signed: December 11, 2007

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge