UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| Pauline Rowl, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Smith Debnam Narron Wyche Saintsing & )<br>Myers, LLP, et al., )<br>)<br>Defendants. )<br>) | Case No. 3:07-cv-491-RJC |

## ORDER STAYING DEADLINES

This matter is before the Court sua sponte. Over the past two months, the parties involved in this case have filed some 14 motions, all which are either potentially dispositive or whose resolution ultimately depends on the disposition of some earlier filed motion.[1]

The Court therefore finds good cause, namely the interests of judicial economy, to **HEREBY STAY UNTIL FURTHER NOTICE** all currently pending and future deadlines for filing responsive pleadings related to these or any subsequently filed motions.

---

[1] These include: (Doc. No. 7: "Motion To Dismiss," filed by IBM Coastal Federal Credit Union); (Doc. No. 8: "Motion for Declaratory/Summary Judgment and Motion for Injunctive Relief," filed by Plaintiff Rowl); (Doc. No. 10: "Motion to Dismiss for Lack of Jurisdiction," filed by Judge Thomas F. Moore); (Doc. No. 14: "Motion to Dismiss," filed by RBS Citizens); (Doc. No. 20: "Motion for More Definite Statement . . . [and] Motion for Injunctive Relief," filed by Plaintiff Rowl); (Doc. No. 21: "Motion for Declaratory/Summary Judgment and Motion for Non-Compliance," filed by Plaintiff Rowl); (Doc. No. 26: "Motion to Dismiss . . . [and] Motion for More Definite Statement," filed by Smith Debnam); (Doc. No. 29: "Motion to Dismiss and Motion in the Alternative for a More Definite Statement," filed by Monogram Credit Card Bank of Georgia); (Doc. No. 35: "Motion to Strike Dismissal of Complaint . . . [and] Motion for Definite Statement," filed by Plaintiff Rowl); (Doc. No. 36: "Motion for Declaratory/Summary Judgment and Injunctive Relief, [etc.]," filed by Plaintiff Rowl); (Doc. No. 37: "Motion to Strike Dismissal of Complaint and . . . Motion [for] Injunctive Relief," filed by Plaintiff Rowl); (Doc. No. 43: "Motion Injunctive Relief Pursuant to the All Writs Act," filed by Smith Debnam); (Doc. No. 45: Motion to Join [Doc. No. 43]," filed by Monogram Credit Card Bank of Georgia); (Doc. No. 47: "Motion to Strike Motion Injunctive Relief Pursuant to the All Writs Act," filed by Plaintiff Rowl).

1

**IT IS SO ORDERED.**

Signed: February 25, 2008

Robert J. Conrad, Jr.
Chief United States District Judge