UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:07-cv-491-RJC

| | |
|---|---|
| PAULINE ROWL, | ) |
|        Plaintiff, | ) |
| vs. | ) |
| SMITH DEBNAM NARRON WYCHE SAINTSING & MYERS, LLP, KIRSCHBAUM NANNEY KEENAN & GRIFFIN PA, MONOGRAM CREDIT CARD BANK OF GEORGIA, IBM COASTAL FEDERAL CREDIT UNION, THOMAS F. MOORE, & RBS CITIZENS, N.A., | ) **ORDER** |
|        Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. On January 23, 2009, this Court ordered Plaintiff to file an amended complaint by February 20, 2009 or face dismissal. On February 18, 2009, Plaintiff requested an extension to file an amended complaint, which the Court granted, giving Plaintiff until May 22, 2009 to file an amended complaint. It is now June 4, 2009 and Plaintiff has not filed an amended complaint, so this matter is dismissed. The two pending motions by Defendants (Doc. Nos. 43 and 45) and the one motion by Plaintiff (Doc. No. 47) are denied as moot.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Rowl's case be **DISMISSED**.

Signed: June 4, 2009

Robert J. Conrad, Jr.
Chief United States District Judge