# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Pauline Rowl,

    Plaintiff(s),                               JUDGMENT IN A CIVIL CASE

vs.                                                   3:07cv491

Smith Debnam Narron Wyche, et al,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 4, 2009 Order.

                                                   Signed: June 4, 2009

                                                   Frank G. Johns, Clerk
                                                   United States District Court